GERALD JACOBS
                Plaintiff(s)

    v.                                          **Judgment in a Civil Case**

JOHN GRIMES; JOHN GRAHAM;
LAWRENCE SOLOMON; ERIC LAND;
SHARON DEBREWER
                Defendant(s)                Case Number: 5:08-CT-3067-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the defendant Grimes' motion for summary judgment and defendant DeBruhl's motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that defendant Graham, Solomon and Land having been dismissed earlier in the action; defendant Grimes' motion for summary judgment is granted, defendant DeBruhal's motion to dismiss is granted and this action is hereby dismissed.

<u>This Judgment Filed and Entered on July 29, 2010, with service on:</u>
Gerald Jacobs  0621315,  Pasquotank Correctional Center, 527 Commerce Drive, Elizabeth City, NC  27906 (via U.S. Mail)
Webster Glenn Harrison (via CM/ECF Notice of Electronic Filing)
Peter Andrew Regulski (via CM/ECF Notice of Electronic Filing)


July 29, 2010                                            /s/ Dennis P. Iavarone
                                                              Clerk

Raleigh, North Carolina